UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SCOTT M. BUTTERFIELD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   vs. | ) | 1:06-cv-101-RLY-WTL |
| | ) | |
| NAVISTAR INTERNATIONAL | ) | |
| TRANSPORTATION CORPORATION, | ) | |
| PLAN ADMINISTRATOR OF THE | ) | |
| DISABILITY INCOME PLAN, and | ) | |
| INTERNATIONAL TRUCK AND | ) | |
| ENGINE CORPORATION, | ) | |
|     Defendants. | ) | |

## FINAL JUDGMENT

Comes now the court, having this day granted summary judgment in favor of the Defendants, and enters judgment in their favor, and against the Plaintiff herein, Scott M. Butterfield.

**SO ORDERED** this  7th  day of January 2008.

 

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

Kevin W. Betz
BETZ & ASSOCIATES
kbetz@betzadvocates.com

Julia F. Crowe
LOCKE REYNOLDS LLP
jcrowe@locke.com

Thomas E. Deer
LOCKE REYNOLDS LLP
tdeer@locke.com

Jamie A. Maddox
BETZ & ASSOCIATES
jmaddox@betzadvocates.com

Elizabeth Ann Mallov
BETZ & ASSOCIATES
emallov@betzadvocates.com